```
                    FILED
            CLERK, U.S. DISTRICT COURT

                 DEC 2 2 2008

            CENTRAL DISTRICT OF CALIFORNIA
            BY                       DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JUAN RODRIGUEZ SORIA,<br><br>    Petitioner,<br><br>    v.<br><br>KEN CLARK, WARDEN,<br><br>    Respondent. | Case No. SACV 08-01240 CJC (AN)<br><br>ORDER APPROVING AND ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the file, including the Magistrate Judge's Report and Recommendation ("R&R") and Petitioner's combined Objections to the R&R ("Objections") and Motion For Leave to Amend Habeas Corpus Petition ("Motion to Amend"), *de novo*. IT IS ORDERED that:

1.     Petitioner's Objections do not refute the findings and conclusions set forth in the R&R. Accordingly, the Objections are overruled.

2.     The Court finds Petitioner has failed to show there is any clearly established Federal law supporting his consecutive sentencing claim. Indeed, as explained in the R&R, there is no clearly established Federal law supporting Petitioner's

contentions. (R&R at 4:7-5:7.) Under the circumstances, the Court finds it would be futile to grant Petitioner leave to amend. It is well-settled that it is appropriate to deny leave to amend where, as here, amendment would be futile. *Foman v. Davis*, 371 U.S. 178, 182, 83 S. Ct. 227 (1962); *Bonin v. Calderon*, 59 F.3d 815, 845 (9th Cir. 1995) (futility of amendment itself justifies the denial of a motion for leave to amend); *cf. Moore v. Balkcom*, 716 F.2d 1511, 1526-27 (11th Cir. 1983) (affirming district court's order denying leave to amend his habeas petition on futility grounds in a capital case where petitioner sought leave to add claim attacking constitutionality of state's capital sentencing procedure despite Supreme Court's express ruling to the contrary). Accordingly, Petitioner's Motion to Amend is denied.

3. The R&R is approved and adopted.

4. Judgment shall be entered denying the Petition and dismissing this action with prejudice.

5. Any other pending motions are denied as moot and terminated.

IT IS FURTHER ORDERED that the Clerk of the Court shall serve a copy of this Order and the Judgment on all counsel or parties of record.

Dated: December 18, 2008

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE