UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JUAN RODRIGUEZ SORIA,<br>Petitioner,<br>v.<br>KEN CLARK, WARDEN,<br>Respondent. | Case No. SACV 08-01240 CJC (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: December 18, 2008

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE